UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LINDA HARRISON,

    Plaintiff,                                                    Case No. 3:22-cv-122

vs.

ALLSTATE VEHICLE AND                     District Judge Michael J. Newman
PROPERTY INSURANCE COMPANY,        Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

   November 30, 2022                              s/Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge